# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

140433

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 140433
                                          COA: 287411
                                          Kent CC: 07-002979-FH

MATTHEW THOMAS COOK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011                                                   
                                                      Clerk

p0620